UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 20-290-SP | Date | March 20, 2020 |
|---|---|---|---|
| Title | SALVADOR NEDUELAN v. WERNER ENTERPRISES, INC., et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order Vacating Scheduling Conference and Hearing on Motion to Remand, and Setting Deadline for Response to Motion to Remand**

  On March 13, 2020, plaintiff filed a Motion for Remand, and noticed a hearing on the motion for April 28, 2020. In light of the Motion for Remand and the court's General Order 20-042, the Scheduling Conference set for March 31, 2020 is **vacated**. The court will reset the Scheduling Conference if necessary following a decision on the Motion to Remand. The April 28, 2020 hearing on the Motion for Remand is also **vacated** given General Order 20-042 and the concerns expressed therein. But although the hearing has been vacated, defendants' response to the Motion to Remand remains due on or before April 7, 2020, with any reply in support of the motion due on or before April 14, 2020.